UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD D. BURGESS,

    Plaintiff,

v.                                                    Case No. 1:20-cv-1120
                                                        Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**JUDGMENT**

In accordance with the Stipulation and Order of Remand filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Stipulation and Order of Remand.

    **IT IS SO ORDERED**.


Dated:  October 19, 2021                                   /s/ Ray Kent
                                                                United States Magistrate Judge